**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

**No. 15-1747**

**MASOUD SHARIF,**

                                      **Appellant,**

**v.**

**UNITED AIRLINES, INC.,**

                                      **Appellee.**

**APPELLANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S OPENING BRIEF AND APPENDIX**

Pursuant to Local Rules 27(a) and 31(c), Appellant Masoud Sharif ("Appellant"), with the consent of the Appellee, respectfully moves for an extension until October 19, 2015, to file Appellant's Opening Brief and Appendix.  In support of this Motion, Appellant states:

1.      On July 30, 2015, this Court issued its Briefing Order, ordering the service and filing of Appellant's Opening Brief and Appendix on or before September 8, 2015.

2.      Due to the press of previous scheduled work and summer travel plans, Appellant requests an extension to file Appellant's Opening Brief and Appendix on or before October 19, 2015.

1

3.      Thus, Appellee's brief would be due on or before November 23, 2015.

4.      On August 4, 2015, Appellant contacted the Appellee regarding this request for an extension.  The Appellee graciously consented to the extension on August 6, 2015.

WHEREFORE, and for good cause having been shown, Appellant respectfully requests an extension to file Appellant's Opening Brief and Appendix on or before October 19, 2015, and that all other deadlines are extended accordingly.

Respectfully submitted,

/s/ Andrea M. Downing
R. Scott Oswald
Andrea M. Downing
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2823
(202) 261-2835(facsimile)
soswald@employmentlawgroup.com
adowning@employmentlawgroup.com

Dated:  August 6, 2015

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 6th day of August, 2015, via the Court's electronic filing system and via first class mail upon:

H. Scott Johnson, Jr.
Angela H. France
PCT Law Group, PLLC
330 John Carlyle Street, Suite 300
Alexandria, Virginia 22314
(703) 881-9141
(703) 229-6401 (fax)
sjohnson@pctlg.com
afrance@pctlg.com

/s/ Andrea M. Downing
Andrea M. Downing